IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BILL L.,
Plaintiff,

Civil No. 2:26-cv-10835

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,
Defendant.
_______________________________________/

Honorable Elizabeth A Stafford
United States Magistrate Judge

**<u>JOINT STIPULATION TO REMAND TO THE COMMISSIONER</u>**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order reversing and remanding the above-captioned case to the Commissioner for further administrative action.

Should the Court grant the joint motion to remand, per the Sixth Circuit's recent decision in *Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026), it should articulate that it is reversing and remanding for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify the merits errors that ground it. The parties agree that remand is warranted in this case to permit the Administrative Law Judge to further evaluate the medical opinions in accordance with 20 C.F.R. § 404.1520c. On remand, the Administrative Law Judge will further consider Plaintiff's claim, offer Plaintiff the opportunity for a hearing, take any further action necessary to complete the

administrative record, and issue another decision on the issue of disability beginning September 27, 2023.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/Howard D. Olinsky[1]
Howard D. Olinsky, Esq.
(NY Bar No.: 2044865)
Attorney for Plaintiff
250 South Clinton St., Suite 210
Syracuse, NY 13202
holinsky@windisability.com

/s/Susana Ochoa
Susana Ochoa
Special Assistant United States Attorney
Program Litigation 4 - Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
susana.ochoa@ssa.gov[2]

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Susana Ochoa, received on October 6, 2026.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that an employee of the Office of the General Counsel placed in the mail, by United States Postal Service, the document to:

N/A

/s/ Susana Ochoa
Susana Ochoa
Special Assistant United States Attorney
Program Litigation 4
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
susana.ochoa@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BILL L.,
Plaintiff,

Civil No. 2:26-CV-10835

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,
Defendant.
_________________________________/

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION**

The parties' Stipulation to Remand to the Commissioner is granted and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

This case is being remanded on the merits to permit the Administrative Law Judge to further evaluate the medical opinions in accordance with 20 C.F.R. § 404.1520c. On remand, the Administrative Law Judge will further consider Plaintiff's claim, offer Plaintiff the opportunity for a hearing, take any further action necessary to complete the administrative record, and issue another decision on the issue of disability beginning September 27, 2023.

s/Elizabeth A. Stafford
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date: October 8, 2026