IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BILL L.,
Plaintiff,
v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,
Defendant.
______________________________/

Civil No. 2:26-CV-10835

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

s/Elizabeth A. Stafford
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date: October 8, 2026